AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| SherryWear, LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:23-cv-11599-LTS |
| Nike, Inc. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

SherryWear, LLC                                                                                 .

Date:     07/19/2023

/s/ James Tanner Murphy
*Attorney's signature*

Tanner Murphy (BBO 712378)
*Printed name and bar number*

Caldwell
200 Clarendon Street, 59th Floor
Boston, MA 02116

*Address*

tanner@caldwellip.com
*E-mail address*

(857) 758-5746
*Telephone number*

*FAX number*