IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHERRYWEAR, LLC, | ) |
| Plaintiff, | ) Case No. 1:23-cv-11599-LTS |
| v. | ) Jury Trial Demanded |
| NIKE, INC., | ) |
| Defendant. | ) |

**SHERRYWEAR, LLC'S NOTICE TO THE COURT OF NIKE, INC.'S
FAILURE TO COMPLY WITH LOCAL RULE 7.1(b)(3)**

SherryWear, LLC files this Notice to address NIKE's failure to comply with Local Rule 7.1(b)(3). Local Rule 7.1(b)(3) states that "[a]ll other papers not filed as indicated in subsections (b)(1) and (2), whether in the form of *a reply brief* or otherwise, may be submitted *only with leave of court*." (emphasis added). On November 13, 2023, NIKE filed a Reply brief to SherryWear's Opposition to NIKE's Partial Motion to Dismiss, without first moving for leave of court. NIKE did not request a meet and confer to resolve or narrow any issues that may otherwise have been identified in a motion for leave, let alone allow SherryWear the ability to oppose a motion for leave. As such, SherryWear puts the Court on Notice of NIKE's failure to comply.

Accordingly, SherryWear respectfully requests that the Court find that the Reply was improperly filed and is not otherwise operative.

|  |  |
|---|---|
| Dated: November 14, 2023 | Respectfully submitted,<br>**CALDWELL LAW LLC**<br>/s/ Jameson J. Pasek<br>Jameson J. Pasek, Esq. (BBO# 692924)<br>J. Tanner Murphy, Esq. (BBO# 712378)<br>200 Clarendon Street, 59th Floor<br>Boston, MA 02116<br>jameson@caldwelllaw.com<br>tanner@caldwelllaw.com<br>(857) 990-4914 |

## **CERTIFICATE OF SERVICE**

I, hereby certify, that on this day, November 14, 2023, this document was filed through the ECF system with copies to be sent electronically to the registered participants identified on the Notice of Electronic Filing (NEF).

/s/ Jameson J. Pasek
Jameson J. Pasek, Esq. (BBO# 692924)