IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHERRYWEAR, LLC, ) | |
| ) | |
| Plaintiff, ) | Case No. 1:23-cv-11599-LTS |
| ) | |
| v. ) | Jury Trial Demanded |
| ) | |
| NIKE, INC., ) | |
| ) | |
| Defendant. ) | |

## JOINT STATEMENT OF THE PARTIES

Pursuant to Local Rule 16.6(e)(1)(D) and Paragraph 8(c) of the Court's Scheduling Order (ECF No. 31), Plaintiff SherryWear, LLC ("SherryWear") and Defendant NIKE, Inc. ("Nike") (collectively, the "Parties") submit the following Joint Statement.

The Parties agree regarding the construction of six terms. The agreed-upon constructions for those terms are set forth in the joint claim construction chart below, and the Parties respectfully request that the Court construe those terms accordingly.

The Parties seek the Court's assistance in resolving disputes regarding the construction of seven terms. The disputed terms are also set forth in the joint claim construction chart below, which lists the disputed terms in the order in which the Parties would like the Court to construe them and notes each Party's respective position on the construction of each term.

I. **AGREED TERMS**

| TERM | CLAIMS | THE PARTIES' AGREED-UPON CONSTRUCTION CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|
| **1.** "a front side edge of the side patch abuts an edge of the at least one of the left cup and the right cup" | '551 Patent – Claim 15<br><br>'878 Patent – Claim 17 | Touching the side of, but not extending onto any portion of, the cup. | |
| **2.** "each side pocket extends onto the adjacent cup, such that each pocket spans both a part of the chest strap and a part of the adjacent cup" | '551 Patent – Claim 12<br><br>'016 Patent – Claim 1 | Plain and ordinary meaning. | |
| **3.** "a central area at a back of the strap assembly" / "a central area" / "a central area adapted to be positioned on a back of a wearer when worn" | '551 Patent – Claim 7<br><br>'800 Patent – Claim 5<br><br>'510 Patent – Claim 1<br><br>'878 Patent – Claim 3 | Plain and ordinary meaning. | |

2

| TERM | CLAIMS | THE PARTIES' AGREED-UPON CONSTRUCTION CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|
| 4. "adjacent" | '551 Patent – Claim 12<br><br>'016 Patent – Claim 1 | Contact with or near. | |
| 5. "biased in a closed position at rest" | '800 Patent – Claim 1 | Where at least a portion of the pocket fabric at the top that forms the opening touches, or nearly touches, the bra fabric when an item is not inserted in the pocket. | |
| 6. "curved … edges" | '288 Patent – Claim 1 | Plain and ordinary meaning. | |

II.    DISPUTED TERMS

| TERM | CLAIMS | SHERRYWEAR'S CONSTRUCTION | NIKE'S CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|
| 1. "A pocketed bra assembly comprising … a left cup and a right cup, each cup being an area to receive a breast of a wearer and having inside and outside surfaces" | '551 Patent – Claims 1 & 16<br><br>'878 Patent – Claims 1 & 15<br><br>'036 Patent – Claims 1 & 6<br><br>'288 Patent – Claim 1 | A pocket bra assembly including a left cup and a right cup whereby the cups are not necessarily separate and distinct from one another. | Plain and ordinary meaning. | |

3

| TERM | CLAIMS | SHERRYWEAR'S CONSTRUCTION | NIKE'S CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|
| | '550 Patent – Claim 8<br><br>'510 Patent – Claim 1<br><br>'016 Patent – Claim 1 | | | |
| 2. "chest strap" | '036 Patent – Claim 1 & 6<br><br>'288 Patent – Claim 1<br><br>'510 Patent – Claim 1 & 4<br><br>'550 Patent – Claim 8<br><br>'800 Patent – Claim 1 & 7<br><br>'016 Patent – Claim 1<br><br>'551 Patent – Claim 1, 2, 4, 12, 13, 16, | The entire fabric running along the chest and side of the user extending to the back of user; not limited to the band at bottom of a bra. | Plain and ordinary meaning. | |

4

| TERM | CLAIMS | SHERRYWEAR'S CONSTRUCTION | NIKE'S CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|
| | '878 Patent – Claim 1 & 3 | | | |
| 3. "the side patches having upper and lower edges along at least part of a length of the strap" | '016 Patent – Claim 1 | Plain and ordinary meaning. | Indefinite. | |
| 4. "wherein the cups and the patches form pockets" | '016 Patent – Claim 2 | Plain and ordinary meaning. | Indefinite. | |
| 5. "the bra portion configured to provide support and shape breasts of the user" | '800 Patent – Claim 1 | Plain and ordinary meaning. | Indefinite. | |
| 6. "a central patch attached intermediate to the left and right cups" | '878 Patent – Claim 14 | a patch located between the left and rights cups which may sit below, above, or level with the cups. | Plain and ordinary meaning. | |
| 7. "linear … [edge/opening]" | '288 Patent – Claim 1 | arranged in or extending along a straight or nearly straight line. | Plain and ordinary meaning. | |

5

Dated: April 11, 2024

| | |
|---|---|
| Respectfully submitted,<br>**CALDWELL LAW LLC**<br><br>/s/ Jameson J. Pasek<br>Jameson J. Pasek, Esq. (BBO# 692924)<br>J. Tanner Murphy, Esq. (BBO# 712378)<br>200 Clarendon Street, 59th Floor<br>Boston, MA 02116<br>jameson@caldwelllaw.com<br>tanner@caldwelllaw.com<br>(857) 990-4914<br><br>**Attorneys for SherryWear, LLC** | Respectfully submitted,<br><br><br>/s/ Nathaniel DeLucia<br><br>Noah S. Frank<br>KIRKLAND & ELLIS LLP<br>200 Clarendon Street<br>Boston, MA 02116<br>(617) 385-7500<br>noah.frank@kirkland.com<br><br>Jeanne M. Heffernan (admitted pro hac vice)<br>KIRKLAND & ELLIS LLP<br>401 Congress Avenue<br>Austin, TX 78701<br>(512) 678-9100<br>jheffernan@kirkland.com<br><br>Nathaniel DeLucia (admitted pro hac vice)<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>(212) 446-4800<br>nathaniel.delucia@kirkland.com<br><br>**ATTORNEYS FOR DEFENDANT NIKE, INC.** |

## **CERTIFICATE OF SERVICE**

I, hereby certify, that on this day, April 11, 2024, this document was filed through the ECF system with copies to be sent electronically to the registered participants identified on the Notice of Electronic Filing (NEF).

/s/ Jameson J. Pasek
Jameson J. Pasek, Esq. (BBO# 692924)