### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHERRYWEAR, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NIKE, INC., )<br>)<br>Defendant. )<br>)<br>) | Case No. 1:23-cv-11599-LTS |

### JOINT STATUS REPORT REGARDING PENDING *INTER PARTES* REVIEW

Pursuant to this Court's September 3, 2024 Order On Motion to Stay (Dkt. 69), which requires the parties to "file a joint status report regarding the matters pending before the PTAB by the earlier of: (i) seven days after receiving notice that the PTAB has decided to institute IPR as to any patent at issue in this lawsuit; or (ii) January 24, 2025," the parties provide the following update regarding Defendant Nike, Inc.'s ("Nike's") petitions for *inter partes* review (IPR) pending before the U.S. Patent and Trademark Office Trial and Appeal Board ("PTAB").

On November 13 and 14, 2024, Plaintiff SherryWear, LLC ("SherryWear") filed its Patent Owner Preliminary Responses ("POPRs") in each of the IPRs. Nike filed Replies to each of the POPRs on December 27, 2024, and SherryWear filed Sur-replies on January 8, 2024. There are currently no other filings due, and the deadlines for the PTAB to act on the petitions are February 13 and 14, 2025.

Dated: January 24, 2025

| | |
|---|---|
| Respectfully submitted,<br>**CALDWELL**<br><br>*/s/ Jameson J. Pasek*<br>Jameson J. Pasek, Esq. (BBO# 692924)<br>J. Tanner Murphy, Esq. (BBO# 712378)<br>200 Clarendon Street, 59th Floor<br>Boston, MA 02116<br>jameson@caldwelllaw.com<br>tanner@caldwelllaw.com<br>(857) 990-4914<br><br>***Attorneys for SherryWear*** | Respectfully submitted,<br><br><br>*/s/ Nathaniel DeLucia*<br>Noah S. Frank<br>KIRKLAND & ELLIS LLP<br>200 Clarendon Street<br>Boston, MA 02116<br>(617) 385-7500<br>noah.frank@kirkland.com<br><br>Jeanne M. Heffernan (admitted *pro hac vice*)<br>KIRKLAND & ELLIS LLP<br>401 Congress Avenue<br>Austin, TX 78701<br>(512) 678-9100<br>jheffernan@kirkland.com<br><br>Nathaniel DeLucia (admitted *pro hac vice*)<br>Emily Sheffield (admitted *pro hac vice*)<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>(212) 446-4800<br>nathaniel.delucia@kirkland.com<br><br>**ATTORNEYS FOR DEFENDANT NIKE, INC.** |

## **CERTIFICATE OF SERVICE**

I hereby certify that the above document filed through the CM/ECF system on January 24, 2025 will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to non-registered participants as indicated on the NEF.

                                                                             */s/ Nathaniel DeLucia*
                                                                             Nathaniel DeLucia