IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SHERRYWEAR, LLC, | ) |
| Plaintiff, | ) Case No. 1:23-cv-11599-LTS |
| v. | ) Jury Trial Demanded |
| NIKE, INC., | ) |
| Defendant. | ) |

**<u>NOTICE OF WITHDRAWAL OF APPEARANCE FOR JAMES TANNER MURPHY</u>**

PLEASE TAKE NOTICE that pursuant to Local Rule 83.5.2(c), the appearance of James Tanner Murphy for Plaintiff SherryWear, LLC, is hereby withdrawn. The appearances of other attorneys from Caldwell Intellectual Property Law LLC remain in effect and are not affected by this withdrawal.

Dated: February 14, 2025

Respectfully submitted,

/s/ James Tanner Murphy
J. Tanner Murphy, Esq. (BBO# 712378)
Caldwell Intellectual Property Law LLC
200 Clarendon Street, 59th Floor
Boston, MA 02116
tanner@caldwelllaw.com
(857) 758-5746

Jameson J. Pasek, Esq. (BBO# 692924)
200 Clarendon Street, 59th Floor
Boston, MA 02116
jameson@caldwelllaw.com
(857) 990-4914

*Attorneys for Plaintiff SherryWear, LLC*

**CERTIFICATE OF SERVICE**

      I, hereby certify, that on this day, February 14, 2025, this document was filed through the ECF system with copies to be sent electronically to the registered participants identified on the Notice of Electronic Filing (NEF).

      /s/ James Tanner Murphy
      J. Tanner Murphy, Esq. (BBO# 712378)